DISTRICT OF OREGON
F I L E D
June 25, 2009
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

*U.S. Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 08-31282-elp7 |
| FRED LEROY ALLMAN, as consolidated with the non-debtor entities Kimberly A. Allman; Avalon Farms, LLC; Avalon Investment Group, LLC; Avalon Communications Group, LLC; Avalon Consulting Group, LLC; and KAA, LLC, | Chapter 7 |
| | Adv. Proc. No. 08-03114-elp |
| Debtor. | ORDER OF DISMISSAL |
| RONALD WAYNE BERKEY d.b.a. RON BERKEY CONSTRUCTION, | |
| Plaintiff, | |
| v. | |
| FRED LEROY ALLMAN, | |
| Defendant. | |

Page 1 - ORDER OF DISMISSAL

1       This matter, having come before the Court on Plaintiff's Motion for Order of

2   Dismissal, the Court having reviewed all written submissions on such Motion:

3       IT IS HEREBY ORDERED that Plaintiff's Motion for Order of Dismissal is

4   GRANTED because this proceeding is now moot after the US Trustee's Objection to ~~the~~

5   ~~Dischargeability~~ Adversary Proceeding Complaint (Case No. 08-3115) was granted;

6   and

7       IT IS FURTHER ORDERED that Plaintiff may refile its Complaint should any

8   appeal be granted in whole or in part.

9                                  # # #

10

11  Presented by:
    COBB & BOSSÉ, LLP
12

13
    /s/ Eric M. Bossé
14  Eric M. Bossé, OSB #87026
    Of Attorneys for Creditors Ronald Wayne
15  Berkey d.b.a. Ron Berkey Construction
    and Crosland Earthworks of Oregon, Inc.
16  Cobb & Bossé, LLP
    16115 SW 1st Street
17  Sherwood, OR 97140
    Telephone: 503-537-0630
18  Facsimile: 503-537-0730
    emb@cobbandbosse.com
19

20  c:  Fred LeRoy Allman
        Eric M. Bossé emb@cobbandbosse.com, info@cobbandbosse.com
21      Montgomery W. Cobb mwc@cobbandbosse.com, info@cobbandbosse.com

22

23

24

25

26

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | I hereby certify that I served the foregoing (PROPOSED) ORDER OF DISMISSAL on the following parties as noted below: |
| 4 | <u>MANUAL NOTICE LIST</u> |
| 5 | The following parties are not on the list to receive e-mail notice/ service for this case. |
| 6 | |
| 7 | A copy was mailed to the Defendant/ Debtor at the last known addresses shown below by depositing a first class postage prepaid envelope in the mail at Newberg, Oregon on June 22, 2009: |
| 8 | |
| 9 | Fred Leroy Allman<br>PO Box 5366<br>Portland, OR 97228 |
| 10 | (Debtor) |
| 11 | |
| 12 | Dated this 22nd day of June, 2009. |
| 13 | COBB & BOSSÉ, LLP |
| 14 | By: /S/ Eric M. Bossé |
| 15 | Eric M. Bossé, OSB #87026<br>Of Attorneys for Plaintiff/ Creditor<br>Ronald Wayne Berkey d.b.a. Ron |
| 16 | Berkey Construction |